## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SCHLEGEL and KELLY SCHLEGEL,** : | CIVIL ACTION NO. 1:05-CV-0660 |
| : | |
| : | **(Judge Conner)** |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| **WILSON-COOK MEDICAL, INC.,** : | |
| : | |
| Defendant/Third-Party Plaintiff : | |
| : | |
| v. : | |
| : | |
| **A. DAVID FROEHLICH, M.D., et al.,** : | |
| : | |
| Third-Party Defendants : | |

## **ORDER**

AND NOW, this 17th day of May, 2006, upon consideration of the motion to dismiss the corporate negligence claim—Count VII—from the third-party complaint (Doc. 44), filed by third-party defendant Holy Spirit Hospital, and the notice of voluntary dismissal of Count VII from the third-party complaint (Doc. 47), filed by third-party plaintiff Wilson-Cook Medical, Inc., it is hereby ORDERED that the motion to dismiss (Doc. 44) is DENIED as moot.

    /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge